AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JAMES BREHENY<br><br>*Defendant(s)* | Case: 1:21-mj-00434<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 5/18/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) and (2), (1) - knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) - knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; 40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G), (D) - utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings; 18 U.S.C. § 1512 (c)(1) and (2), (1) - corruptly alter, destroy, mutilate, and conceal a record, document, and other object, and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding and obstruct, influence, (2) - impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority.

This criminal complaint is based on these facts:

See attached Statement of Facts.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Michael J. Van Gorder, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/18/2021

_____
*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*