AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
JAMES BREHENY

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00434
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/18/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JAMES BREHENY,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), 40 U.S.C. § 5104(e)(2)(G), 18 U.S.C. § 1512(c)(2), and 18 U.S.C. § 1512(c)(1)

Date: 05/18/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.18 17:35:43 -04'00'

*Issuing officer's signature*

G. Michael Harvey, United States Magistrate Judge

City and state:     Washington D.C.

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/19/2021 , and the person was arrested on *(date)* 05/20/2021 at *(city and state)* FBI Newark, GMRA, Woodland Park, NJ |
| Date: 05/20/2021         *Arresting officer's signature* |
| Special Agent Michael VanGorder         *Printed name and title* |