UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              :
UNITED STATES OF AMERICA,     :
                              :
        Plaintiff,            :
                              :   1:21-mj-00434
        v.                    :
                              :
JAMES BREHENY,                :
                              :
        Defendant.            :
_____:

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## HARLEY D. BREITE

Pursuant to Local Criminal Rule 44.1 & (d) of the Rules of the United States District Court for the District of Columbia, I, Alex Cirocco, a member of the bar of this court, respectfully move for the admission *pro hac vice* of Harley D. Breite, Esq., 562 Black Oak Ridge Road, Wayne, New Jersey 07470, telephone number 973-872-0604, email: harleydbreite@aol.com, for purposes of appearance as co-counsel on behalf of Defendant, James Breheny, in the above-styled case only. In support thereof, the Declaration of Harley D. Breite is attached pursuant to Local Criminal Rule 44.1(d).

Dated: January 7, 2022          Respectfully Submitted,

                                s/ *alex cirocco, esq.*
                                _____
                                Alex Cirocco, Esq.
                                Admitted To District Court of DC: 07/08/21
                                New Jersey Bar No. 196662017
                                600 Getty Avenue, Suite 305
                                Clifton, N.J. 07011
                                Tel: 973-519-3633
                                Email: alex@ciroccolaw.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

This 7th day of January, 2022

                                Respectfully Submitted,

s/ *alex cirocco, esq.*
Alex Cirocco, Esq.
Admitted To District Court of DC: 07/08/21
New Jersey Bar No. 196662017
600 Getty Avenue, Suite 305
Clifton, N.J. 07011
Telephone: 973-519-3633
Email: alex@ciroccolaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BREHENY,<br><br>Defendant. | :<br>:<br>:   1:21-mj-00434<br>:<br>:<br>: |

**DECLARATION OF HARLEY D. BREITE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with Local Criminal Rule 44.1(d) of the Rules of the United States District Court for the District of Columbia, I, Harley D. Breite, declare the following:

1. My full name is Harley D. Breite.

2. My office address is 562 Black Oak Ridge Road, Wayne, New Jersey, telephone: 973-872-0604.

3. I am admitted to practice in the State of New Jersey, State of New York, the United States 3rd Circuit Court of Appeals, United States District Court of New Jersey, Southern District of New York, Manhattan, Eastern District of New York, Brooklyn and Northern District of New York, Albany and am a member in good standing of those bars.

4. I certify I have never been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court in another Capitol Riot case in which the defendant was sentenced in November 2021 without any problems or issues before The Honorable Royce Lamberth.

6.  An application for my admission to the bar of the United States District Court for the District of Columbia is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 7, 2022	Respectfully Submitted,

s/ *[signature]*
Harley D. Breite
Law Office of Harley D. Breite
562 Black Oak Ridge Road
Wayne, N.J. 07470
Telephone: 973-872-0604
Fax: 973-305-9112
Email: harleydbreite@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | 1:21-mj-00434 |
| JAMES BREHENY, | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Harley D. Breite, it is hereby ORDERED that the Motion is GRANTED. Harley D. Breite is admitted *pro hac vice* and may appear on behalf of Defendant Shawn Price in the above-captioned matter.

Dated:_____, 2022

_____
Judge Zia M. Faruqui