# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.    :    1:21-mj-00434

JAMES BREHENY,

    Defendant.

## ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Harley D. Breite, it is hereby **ORDERED** that the Motion is **GRANTED**. Harley D. Breite is admitted *pro hac vice* and may appear on behalf of Defendant Shawn Price in the above-captioned matter.

Dated:_____January_____, 2022

                                       _____
                                       G. MICHAEL HARVEY
                                       U.S. MAGISTRATE JUDGE