UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 21-mj-434 |
| : | |
| **JAMES BREHENY,** : | |
| **Defendant.** : | |

**ORDER**

This matter having come before the Court pursuant to a Consent Motion to Continue, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERD that the currently scheduled status hearing on June 30, 2022 be continued for good cause to August 9, 2022 at 1:00 PM; and it is further

ORDERED that the time between June 30, 2022 and August 9, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge